UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MILLION, LYNNE, ) | Chapter 7 |
| ) | Case No. 13-72106 |
| Debtor. ) | |

## MOTION FOR TURNOVER

NOW COMES James R. Inghram, Trustee, and in support of his Motion for Turnover, states:

1. On November 1, 2013, Debtor filed a Chapter 7 Voluntary Petition in Bankruptcy and the undersigned was appointed as Trustee.

2. Debtor receives quarterly payments from Continental Casualty Company under a structured settlement of $1,362.00 per quarter. Debtor also receives deferred lump sum payments.

3. All quarterly and lump sum payments should be turned over to the Trustee.

WHEREFORE, James R. Inghram, Trustee prays this Honorable Court enter an order directing and ordering the Debtor to turn over the quarterly and lump sum payments from Continental Casualty Company and for such other and further relief as this Court deems equitable and just.

_____
James R. Inghram #7317514

INGHRAM LAW OFFICES
Attorneys at Law
529 Hampshire Street, Ste 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail:  inghram@inghramlaw.com

## **CERTIFICATE OF SERVICE**

      I, James R. Inghram, certify that an exact copy of the above and foregoing instrument was filed electronically with the Bankruptcy Court on January 22, 2014 to be served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

- **James R Inghram**   bankruptcy@inghramlaw.com, IL52@ecfcbis.com;linda@inghramlaw.com;sherene@inghramlaw.com;lori@inghramlaw.com;ranae@inghramlaw.com

- **Maureen M Lober**   lober6@consolidated.net

- **Monroe D McWard**   bkclerk@mcwardlaw.com, mdmcward@mcwardlaw.com;dsummers@mcwardlaw.com;jreed@mcwardlaw.com

- **U.S. Trustee**   USTPRegion10.PE.ECF@usdoj.gov

                                                                                   James R. Inghram #7317514

INGHRAM LAW OFFICES
Attorneys at Law
529 Hampshire Street, Ste. 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail:  inghram@inghramlaw.com